IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Louis Bueno,<br><br>          Plaintiff,<br><br>vs.<br><br>LVNV Funding, LLC,<br><br>          Defendant. | Case #.  16 CV 274-GJQ-RSK<br><br>Judge Gordon J. Quist |

## STIPULATION OF DISMISSAL

Plaintiff, LOUIS BUENO and Defendant, LVNV Funding, LLC, through their respective counsel, enter into this Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and hereby stipulate to the dismissal of the above-captioned case with prejudice.  Each party shall bear its own costs.

Dated:  Sept 13,  2016

| | |
|---|---|
| LOUIS BUENO, Plaintiff | LVNV FUNDING, LLC |
| *s/Michael O. Nelson*<br>Michael O. Nelson<br>Attorney at Law<br>1104 Fuller NE<br>Grand Rapids, MI 49503<br>phone (616) 559-2665 | *s/Nabil G. Foster*<br>Nabil G. Foster<br>Hinshaw & Culbertson LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, IL  60601-1081<br>Tel:     312-704-3000<br>E-mail:  nfoster@hinshawlaw.com |

131347976v1 0985209